

COM.

v.

**DEANGELO, D.**

**1976 MDA 2016**

Superior Court of Pennsylvania.

08/10/2017

CP–06–CR–0005383–2014 (Berks)

Reversed

COM.

v.

**RIVERA, M.**

**56 MDA 2017**

Superior Court of Pennsylvania.

08/10/2017

CP–38–CR–0001443–2007
CP–38–CR–0001446–2007
CP–38–CR–0001447–2007
CP–38–CR–0001520–2007
(Lebanon)

Affirmed

COM.

v.

**POOLE, D.**

**1159 WDA 2016**

Superior Court of Pennsylvania.

08/10/2017

CP–25–CR–0001223–2015
(Erie)
Vacated/Remanded

**IN the INTEREST OF: S.H., a minor,**

**Appeal of: S.H.**
**1612 WDA 2016**

Superior Court of Pennsylvania.

08/10/2017

CP–02–DP–541–2016 (Allegheny)
Affirmed

**IN the INTEREST OF: S.H., a minor,**

**Appeal of: J.M.**
**1622 WDA 2016**

Superior Court of Pennsylvania.

08/10/2017

CP–02–DP–541–2016
(Allegheny)
Affirmed

